Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc. d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>vs.<br><br>Brigitte Jurado Villafuerte,<br><br>Defendants. | CASE NO. 3:22-cv-05788-TLT<br><br>[~~Proposed~~] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BRIGITTE JURADO VILLAFUERTE AND MR. KANO PERUVIAN RESTAURANT INC |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA and Defendants BRIGITTE JURADO VILLAFUERTE and MR. KANO PERUVIAN RESTAURANT INC, that the above-entitled action is hereby dismissed **with prejudice** against BRIGITTE JURADO VILLAFUERTE and MR. KANO PERUVIAN RESTAURANT INC and in its entirety. This Order applies as to the named parties only.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above shall bear its own attorneys' fees and costs.

[~~Proposed~~] ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 3:22-cv-05788-TLT
PAGE 1

**IT IS SO ORDERED**:

_____  Dated: June 20, 2023
**The Honorable Trina L. Thompson
United States District Court
Northern District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///